ACCEPTED
15-24-00117-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
5/30/2025 1:51 PM
CHRISTOPHER A. PRINE
CLERK

CAUSE NO. 15-24-00117-CV

| | | |
|---|---|---|
| NARIOCAN ENTERPRISES LLC | § | IN THE FIFTEENTH |
| d/b/a CANTU'S PHARMACY | § | |
| | § | |
| VS. | § | COURT OF APPEALS |
| | § | |
| THE TEXAS HEALTH AND | § | |
| HUMAN SERVICES COMMISSION | § | AUSTIN |

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
5/30/2025 1:51:50 PM
CHRISTOPHER A. PRINE
Clerk

## APPELLANT'S UNOPPOSED FIRST MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

Appellant Nariocan Enterprises LLC d/b/a Cantu's Pharmacy files this unopposed motion requesting an extension of its deadline to file its reply brief.

Appellant's current deadline for filing its reply brief is Tuesday, June 3, 2025. Appellant requests a ten-day extension to file its reply brief, thus moving the deadline to Friday, June 13, 2025. The undersigned counsel, who is charged with drafting Appellant's reply brief, needs additional time to prepare it because he was largely out of the office the week of May 26 to May 30; and he had competing drafting obligations in other civil matters pending in state and federal courts. This is Appellant's first request for an extension of its reply deadline, and it is not sought for the purpose of delay. Appellee is unopposed to the requested extension.

### Prayer

For the above reasons, Appellant prays that the Court afford it until June 13, 2025 to file its brief.

1

Respectfully submitted,

/s/ **Ricardo Pumarejo Jr.**

Ricardo Pumarejo Jr.
State Bar No. 24056168
ricardo@pumarejolaw.com
PUMAREJO LAW
1606 W. 42nd St.
Austin, TX 78756
p. 512.731.7869
*Counsel for Appellant*

## CERTIFICATE OF CONFERENCE

The undersigned counsel conferred with Appellee's lead counsel, Sherlyn Harper, regarding the relief sought in this motion. Ms. Harper stated that Appellee was unopposed.

/s/ **Ricardo Pumarejo Jr.**

Ricardo Pumarejo Jr.

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Ricardo Pumarejo on behalf of Ricardo Pumarejo
Bar No. 24056168
ricardo@pumarejolaw.com
Envelope ID: 101442833
Filing Code Description: Motion
Filing Description:
Status as of 5/30/2025 2:03 PM CST

Associated Case Party: Nariocan Enterprises LLC d/b/a Cantu's Pharmacy

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Miguel Pruneda | 24025601 | michael@michaelpruneda.com | 5/30/2025 1:51:50 PM | SENT |
| Ricardo Pumarejo | | ricardo@pumarejolaw.com | 5/30/2025 1:51:50 PM | SENT |

Associated Case Party: Texas Health and Human Services Commission

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Tiffani Collins | 24067550 | Tiffani.Collins@oag.texas.gov | 5/30/2025 1:51:50 PM | SENT |
| Sherlyn Harper | 24093176 | sherlyn.harper@oag.texas.gov | 5/30/2025 1:51:50 PM | SENT |
| Catherine Hughes | | catherine.hughes@oag.texas.gov | 5/30/2025 1:51:50 PM | SENT |